PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Anthony Lorenzo Ferrando            Docket No. 7:10-M-1040-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting an official report upon the conduct of defendant, Anthony Lorenzo Ferrando, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, NC, on the 14th day of April, 2010, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any method of testing required by the supervising officer for determining whether the defendant is using a prohibited substance.

- Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is required as a condition of release.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 23, 2010, the defendant tested positive for marijuana and cocaine during an office appointment. The defendant admitted he used marijuana on April 20, 2010, but denied he used cocaine. Lab results confirmed the test was positive for marijuana and cocaine. When confronted with the confirmed test, the defendant stated the marijuana cigarette could have been laced with cocaine.

As a result of the positive test, the probation officer recommends the conditions of release be modified to include substance abuse treatment. If approved by the court, Ferrando will be referred for outpatient substance abuse counseling.

Anthony Lorenzo Ferrando
Docket No. 7:10-M-1040-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** the defendant be continued on supervision and the conditions of release be modified to include the defendant participate in a program of inpatient or outpatient substance abuse therapy and counseling if the supervising officer considers it advisable.

| | |
|---|---|
| /c/ Kevin L. Connolley | /s/ C. Lee Meeks, Jr. |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 472-C Western Blvd. |
| | Jacksonville, NC 28546 |
| | Phone: (910) 347-9038 |
| | Executed On: May 18, 2010 |

## ORDER OF COURT

Considered and ordered this 19 day of May, 2010, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge